FILED

01/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0314

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0314

_____

ADVOCATES FOR SCHOOL TRUST LANDS,

       Plaintiff and Appellant,

and K.B. and K.B., by and through their parent and
general guardian,

       Plaintiffs,

    v.

STATE OF MONTANA,

       Defendant and Appellee,

    and

MONTANA FARM BUREAU FEDERATION,
MONTANA STOCKGROWERS ASSOCIATION,
MONTANA WATER RESOURCES ASSOCIATION,
ASSOCIATION OF GALLATIN AGRICULTURAL
IRRIGATORS,

       Intervenors and Appellees.

_____

ORDER

       Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

       The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 26 2022